IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBECCA BOWEN,

    Plaintiff,

v.                                                            Case No. CV 24-386 WJ/SCY

MICHELLE KING,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING
## PROPOSED FINDINGS AND RECOMMENDATION

**THIS MATTER** is before the Court on United States Magistrate Judge Steven C. Yarbrough's January 30, 2025, Proposed Findings And Recommended Disposition ("PFRD"). Doc. 22. Judge Yarbrough recommended the Court grant Plaintiff's Motion to Remand, Doc. 10, and remand for further proceedings. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. Doc. 22 at 15.

The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition, Doc. 22;

2. Plaintiff's Motion To Remand, Doc. 10, is GRANTED; and

3. The Court remands for further proceedings consistent with the PFRD.

**IT IS SO ORDERED**.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE